# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:03CR427     Recorder: CS 6/23/03     Date: 06/23/2003

Present: The Honorable Paul Game, U.S. Magistrate Judge

Court Clerk: Maria Cortez & Alex Silverio          Assistant U.S. Attorney: John Owens & David Kettle, AUSA

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| KENNETH PHILIP FAZENDE | Steve Meister | | |
| Custody - Not Present | Retained | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Other: PIA CONTINUED TO JUNE 30, 2003

Initials of Deputy Clerk: as

cc: PSA, Statistics Clerk



ENTER ON ICMS
JUN 25 2003

