**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 03-427(A)-JFW**                               Dated: July 7, 2003
================================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| K. Leigh Ray | Nancy Smith-Wells | Daniel D. Rubenstein |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

================================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1) KENNETH PHILIP FAZENDE **(CUSTODY-MDC)** present | 1) Mark J. Werksman, Rtnd present |

PROCEEDINGS:   **CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.

Defendant is sworn. Waiver of Indictment was filed before the Magistrate Judge. Plea agreement is filed and made a part of the record.

Defendant withdraws his previously entered pleas of not guilty and enters pleas of Guilty to Count One and Count Two of the Two-Count First Superseding Information.

The Court questions the defendant regarding the pleas of Guilty and finds a factual and legal basis for the pleas. The Court finds that the defendant, Kenneth Philip Fazende, has entered his pleas freely and voluntarily with a full understanding of the charges against him and the consequences of his pleas. The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them. Accordingly, the pleas are accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **September 8, 2003, at 9:00 am**, for sentencing.

cc:   PSA
      USPO

JUL 10 2003

Counsel are notified that Federal Rule of Criminal Procedure 32(b)(6)(B) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Strict compliance with the above is mandatory because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing. Failure to meet these deadlines is grounds for sanctions.

MINUTES FORM 85                                                Initials of Deputy Clerk klr
CRIM -- COP & SET SENT

38