# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

✓ P-Send

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:03CR427(A)JFW    Recorder: CS 7/07/03               Date: 07/07/2003

Present: The Honorable Paul Game, U.S. Magistrate Judge

Court Clerk: Maria Cortez & Alex Silverio          Assistant U.S. Attorney: CYNTHIA VALENZUELA & DENNIS MITCHELL, AUSA

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| KENNETH PHILIP FAZENDE Custody-Mdc - Present | Mark J. Werksman (213) 688-0460 Retained - PRESENT | | |

## PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.

Defendant is arraigned and states name is as charged .

Defendant is given a copy of the Information, acknowledges receipt of a copy and waives reading thereof.

Defendant is given a copy of the FIRST SUPERSEDING, acknowledges receipt of a copy and waives reading thereof.

Court orders this case previously assigned to the calendar of U.S. District Judge John F. Walter for/and trial setting, further proceedings JULY 7, 2003 AT 2:00 PM

Initials of Deputy Clerk: /as

cc: PSA, Statistics Clerk, USM LA



JUL 1 0 2003